

MWC: USAO2013R00393

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 SEP 10 P 4: 09
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　　*
　　　　　　　　　　　　　　*　CRIMINAL NO. ELH-13-0476
v.　　　　　　　　　　　　　*
　　　　　　　　　　　　　　*　(Sex Trafficking of a Minor, 18 U.S.C. §
THOMAS TINSLEY,　　　　　　*　1591(a); Aiding & Abetting, 18 U.S.C. §
　　　　　　　　　　　　　　*　2)
　　　Defendant.　　　　　　*
　　　　　　　　　　　　*******

## INDICTMENT

### (Sex Trafficking of a Minor)

The Grand Jury for the District of Maryland charges that:

At all times material to this Indictment:

1.　**THOMAS TINSLEY ("TINSLEY")** was a 27 year-old resident of Baltimore and a registered sex offender in the state of Maryland.

2.　A.L. was a 15 year-old resident of Baltimore who ran away from home in March, 2013. Sometime thereafter, **TINSLEY** met A.L. near the Galleria Mall in downtown Baltimore.

### PROSTITUTION VENTURE

3.　**TINSLEY** invited A.L. to live with him and his girlfriend, a person known to the Grand Jury, at the Motel 6 on Caton Avenue in Baltimore, Maryland. Soon thereafter, **TINSLEY** began having sexual intercourse with A.L.

4.　**TINSLEY** encouraged A.L. to engage in prostitution in order to pay for the hotel room and provide him with additional currency.

5.　A.L. routinely met with prostitution clients in and around the Motel 6 and communicated electronically with **TINSLEY** regarding her client interactions, including the location

of the commercial sex and the identity of her patrons.

6. **TINSLEY** monitored A.L.'s commercial sex activities and gave her instructions regarding her client interactions, including telling her to collect currency before the commercial sex.

7. **TINSLEY** further told A.L. that he had associates watching her commercial sex activities who reported back to him and provided him with digital images of her street activities.

8. **TINSLEY** sometimes negotiated directly with prospective clients for commercial sex on behalf of A.L.

9. **TINSLEY** communicated with his associates about performing violent acts in the presence of A.L., knowing that A.L. could overhear said conversations and reasonably foreseeing that such conversations would cause her to fear for her own personal safety.

## The Charge

10. Between on or about May 28, 2013, and on or about June 14, 2013, in the District of Maryland and elsewhere, the defendant,

**THOMAS TINSLEY**

did knowingly, and in reckless disregard of the fact, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, A.L., and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause A.L. to engage in a commercial sex act, and knowing that A.L. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

18 U.S.C. § 1591(a)
18 U.S.C. § 2

*Rod J. Rosenstein* by MWC
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**                    9/10/13
Foreperson                                Date

3